Reset Form

*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☒ Secret Indictment
☐ Juvenile

### Defendant Information

Defendant Name: NAYTHAN D. NADERMANN

Alias Name:

Birth Date: 06/26/1981

### Related Case Information

Superseding Indictment? ☐ Yes ☒ No If yes, original case number:

New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any: none

Prior Target Letter Case Number, if any: none

### U.S. Attorney Information

AUSA **Eatmon, Jessica R.**

### Interpreter Needed?

☐ Yes Language and/or Dialect:
☒ No

### Location Status

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No

**Warrant Required?** ☒ Yes ☐ No

### U.S.C. Citations

Total # of Counts 11 w/ FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841 NP.F CONTROLLED SUBSTANCE – POSSESSION WITH INTENT TO DISTR | 2, 3, 4, 6, 12, 13 |
| 3 | 21:841 NP.F CONTROLLED SUBSTANCE – POSSESSION WITH INTENT TO DISTR | 5 |
| 4 | 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN | 14 |

(May be continued on reverse)

revised: 01/08/2025

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 15, 16 |
| 6 | 21:853.F CRIMINAL FORFEITURES | FA |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |