**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION**

In Re: Criminal Trial Docket
November 30, 2026

**ORDER**

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, November 4, 2026, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing November 30, 2026.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is January 4, 2027, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

Before Magistrate Judge David P. Rush

**November 4, 2026 @ 9:30 a.m.**

| | | | |
|---|---|---|---|
| 26-05054-CR-SW-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Daniel Sean Garland | Jeff Wood |
| | | | |
| 25-03117-CR-S-SRB | | United States | Jess Eatmon |
| | | v. | |
| | -02 | Desmond Wayne Hardy | Russ Dempsey |
| | -03 | Arrick Quincy Hill | Dakota Paris |
| | -05 | Brittany Ann Barber | Alison Hershewe |

| | | |
|---|---|---|
| 26-05011-CR-SW-MBB | United States | Ami Miller |
| | v. | |
| -01 | Joseph Cornelius Sanchez | Ian Lewis |
| 26-05061-CR-SW-MDH | United States | Hannah Lucas |
| | v. | |
| -01 | Holden Dean Marks | Paul Duchscherer |
| 26-03191-CR-S-SRB | United States | Cameron Beaver |
| | v. | |
| -01 | Michael M. Smith | Ted Eckelkamp |
| 26-03192-CR-S-MBB | United States | Jess Eatmon |
| | v. | |
| -01 | Rogert Goben Taylor | Jeff Wood |
| 26-05066-CR-SW-MDH | United States | Jess Eatmon |
| | v. | |
| -01 | Thomas Christopher Ross | Joe Passanise |
| 26-03184-CR-S-MBB | United States | Ami Miller |
| | v. | |
| -01 | Kenneth Ray Morgan II | Melanie Jones |

| | | |
|---|---|---|
| 26-05064-CR-SW-BP | United States | Cameron Beaver |
| | v. | |
| -01 | Brian R. Jordan | Melanie Jones |
| | | |
| 26-03178-CR-S-MBB | United States | Cameron Beaver |
| | v. | |
| -01 | Michael Hesselgesser | Jason Coatney |
| -02 | Ricky Breedlove | Darryl Johnson |
| -03 | Dana Yount | Agi Prevendarscik |
| -04 | Patricia Conard | Steven Berry |
| | | |
| 26-03174-CR-S-BP | United States | Tony Brown |
| | v. | |
| -01 | Lamont Verlynn Clark | James Hayes |
| | | |
| 26-03170-CR-S-MBB | United States | Patrick Carney |
| | v. | |
| -01 | Antone Lamont Reynolds | Ian Lewis |
| | | |
| 26-03187-CR-S-MBB | United States | Fred De La Rosa |
| | v. | |
| -01 | Jose Barcenas-Ramirez | Russ Dempsey |

| | | |
|---|---|---|
| 26-03107-CR-S-MBB | United States | Hannah Lucas |
| | v. | |
| -01 | John Frederick Medina | Stuart Huffman |
| | | |
| 25-03118-CR-S-BCW | United States | Jess Eatmon |
| | v. | |
| -02 | Germal D. Kelly | Tom Norrid |
| -03 | Justin S. Warren | Mike Stanfield |
| -04 | Farren E. R. Barr | James Hayes |
| -05 | James D. Cooley | David Back |
| | | |
| 25-03176-CR-SW-BCW | United States | Hannah Lucas |
| | v. | |
| -01 | Chris Brown | James Hayes |
| | | |
| 25-05026-CR-SW-BCW | United States | Stephanie Wan |
| | v. | |
| -01 | Jason A. Duncan | Steven Berry |
| | | |
| 25-03087-CR-S-MBB | United States | Jess Eatmon |
| | v. | |
| -01 | Alijah Augustus Fowler | Ben Stringer |
| -02 | Deandre Davion Moye | Dakota Paris |
| -03 | Terry Dewayne Carpenter | Brady Musgrave |

| | | | |
|---|---|---|---|
| 26-03099-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Timothy A. Crosby | Abe McGull |
| 25-03084-CR-S-MBB | | United States | Hannah Lucas |
| | | v. | |
| | -01 | Lucas Newby | Josh Roberts |
| 26-03089-CR-S-MBB | | United States | Jess Eatmon |
| | | v. | |
| | -01 | Naythan Nadermann | Paul Duchscherer |
| | -02 | Timothy E. Cowden | James Hayes |
| 25-03165-CR-S-BP | | United States | Hannah Lucas |
| | | v. | |
| | -02 | Frank Lee Roberts | Brady Musgrave |
| | -03 | Kristy Naomi Juel Norton | Marsha Jackson |
| | -04 | Bradley Ray Hale | Joe Passanise |
| | -05 | Monica Leigh Kesling | Joe Passanise |
| | -06 | Jody Lee Cates | Alison Hershewe |
| | -07 | Jeffrey Ryan Sanders | Dakota Paris |
| | -08 | Randy Dawayne Sisco | Ben Stringer |

| | | |
|---|---|---|
| 25-03077-CR-S-BCW | United States | Stephanie Wan |
| | v. | |
| -01 | Derrick Ray Wood | Stuart Huffman |
| 26-03077-CR-S-MDH | United States | Jess Eatmon |
| | v. | |
| -01 | Melvin Lee Rankin | Josh Roberts |
| -02 | Genevieve Anne Ragan | Stacie Bilyeu |
| -03 | Cody Lane Watson | Stuart Huffman |
| -06 | Paige Elizabeth Thorn | Ben Stringer |
| -07 | Jewell Elton Crosby | Marsha Jackson |
| -08 | Allison Michell Lurvey | Dakota Paris |
| 26-03105-CR-S-MBB | United States | Jim Kelleher |
| | v. | |
| -01 | Marcella Cadle | Joe Passanise |
| 26-03035-CR-S-BP | United States | Cameron Beaver |
| | v. | |
| -01 | David Sudduth | Jason Coatney |
| -02 | Joseph Moore | Marshall Miller |
| 25-03137-CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Andrew W. Flippin | Darryl Johnson |

| | | |
|---|---|---|
| 26-03123-CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Troy A. Smith | Teresa Fiester |
| | | |
| 26-03106-CR-S-MBB | United States | Tony Brown |
| | v. | |
| -01 | Harry Stephen Steele | Jason Coatney |
| -02 | Steele Excavation and Septic | Jason Coatney |
| -03 | Rob Braden | Darryl Johnson |
| -04 | Blake Neptune | Chris Aiken |
| -05 | Justin Mayberry | James Hayes |
| -06 | Michael Stacey | Russ Dempsey |
| -07 | Kalup Azevedo | Ben Stringer |
| -08 | Ricky Braden | Russ Dempsey |
| -09 | Johnny Garrett | Josh Roberts |
| | | |
| 26-05038-CR-SW-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Yvonne M. Bird | Jeff Wood |
| | | |
| 24-03070-CR-S-MBB | United States | Stephanie Wan |
| | v. | |
| -01 | Mallary Nichole Bunch | Marshall Miller |

| | | |
|---|---|---|
| 25-05023-CR-SW-BP | United States | Hannah Lucas |
| | v. | |
| -01 | Randy Farley | Mike Stanfield |
| 26-03060-CR-S-MBB | United States | Jess Eatmon |
| | v. | |
| -01 | Larry Warner | Adam Woody |
| 26-03010-CR-S-MBB | United States | Jim Kelleher |
| | v. | |
| -01 | Garry Carson | Branden Twibell |
| -02 | Janine Carson | Matthew Brown |
| 26-03135-CR-S-MDH | United States | Hannah Lucas |
| | v. | |
| -01 | Trevor Gregory Hancock | John Lewright |
| 25-03155-CR-S-SRB | United States | Stephanie Wan |
| | v. | |
| -01 | Tyler A. Ray | Gary Wilson |
| 26-03002-CR-S-MBB | United States | Ami Miller |
| | v. | |
| -01 | Brandon Earl Perkins | Brady Musgrave |

| | | |
|---|---|---|
| 26-05049-CR-SW-MBB | United States | Jim Kelleher |
| | v. | |
| -01 | Douglas Moyer | Brian Risley |
| 26-03164-CR-S-MBB | United States | Stephanie Wan |
| | v. | |
| -01 | Jeremiah K. Webster | Joe Passanise |

*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2026